# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

RECEIVED BY MAIL
SEP 03 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Rickie Green #270284 Plaintiff(s),

(Enter the full name(s) of ALL plaintiff(s) and prisoner number(s) in this action.)

vs.

Case No. 26-cv-3885 JMB/EMB
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ✓ NO____

Crystal Hansen, et al Defendant(s).

(Enter the full name(s) of ALL defendants in this action. Please attach additional sheets if necessary).

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved

SCANNED
SEP 03 2026
U.S. DISTRICT COURT MPLS

in this action or otherwise relating to your imprisonment in the last three years?

- ☐ Yes
- ☑ No

B. If you answer to (a) is "yes", describe each lawsuit in the space below.

1. Parties to the previous lawsuit:

   Plaintiffs:

   Defendants:

2. Court (If federal court, name the district. If state court, name the state and county.):

3. Case Number:

4. Name of judge assigned to the case:

5. Cause of action (Cite the statute under which you filed and write a brief statement of the case):

6. Disposition or final determination of the case (for example, dismissed or appealed).

7. Approximate date of filing the lawsuit:

8. Approximate date of disposition or final determination of the lawsuit:

***Attach a copy of the disposition or final determination of the lawsuit if it was filed in a court other than the U.S. District Court for the District of Minnesota.***

**If there was more than one lawsuit, describe the additional lawsuits on a separate sheet of paper answering the same questions in the same order as above in Question 1(b). Label this information as Question 1(b).**
**Check here if additional sheets of paper are attached.** ☐

II. PRESENT PLACE OF CONFINEMENT

A. Is there a prisoner grievance procedure in the institution?

☑ Yes

☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?

☑ Yes

☐ No

C. If you answered "yes" to question II.B.:

1. What steps did you take: Kites, Grievance, Appeal

2. What was the result? Nothing was done

***Attach a copy of the decision or disposition received from the prisoner grievance procedure.**** Both Grievances (and attachments) are with this.

D. If you answered "no" to question II.B., explain why you did not present the facts relating to your complaint in a prisoner grievance procedure.

III. PARTIES

List your name, prisoner number, address and telephone number. Do the same for any additional plaintiffs. Attach an additional sheet of paper, if necessary.

A. Name of Plaintiff: Rickie Green

Prisoner Number 270284

Address (MCF-Moose Lake) 1000 Lake Shore Drive, Moose Lake, MN 55767

Additional Plaintiffs:

Provide each defendant's full name, official position, and place of employment. Attach additional sheets of paper, if necessary.

B. Name: Crystal Hansen

Official Position: Captain

Employer's Address: (MCF-Moose Lake) 1000 Lake Shore Drive, Moose Lake, MN 55767

Additional Defendants:
Name: Ms. Johnson
Official Position: Sergeant
Employer's Address: (MCF-Moose Lake) 1000 Lake Shore Drive, Moose Lake, MN 55767

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**

**Check here if additional sheets of paper are attached: □**

**Please label the attached sheets of paper as II.A. for Plaintiffs and II.B. for Defendants.**

IV. STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. Describe how each individual defendant is personally involved, including dates, places and specific wrongful acts or omissions by each defendant. Each factual allegation should be provided in separately lettered paragraphs, beginning with letter A. Do not make any legal arguments or cite any cases or statutes.

A. This is a civil action authorized by U.S.C. Section 1983 to redress the deprivation, under color of State law, of rights secured by the Constitution of the United States. The defendants violated my Eighth Amendment when they acted with "deliberate indifference to a and/or to these "Prison Condition" that deprived me of "basic human needs.

B. Plaintiff, Rickie Green #270284, is and was at all times mentioned herein a Prisoner of the State of Minnesota in the custody of the Minnesota Department

See Page 2 of ___

Additional Defendants:

Name: Ms. Stoinski
Official Position: Sergeant
Employer's Address: (MCF-Moose Lake) 1000 Lake Shore Drive, Moose Lake, MN 55767

Name: Ms. Bjorkland
Official Position: Sergeant
Employer's Address: (MCF-Moose Lake) 1000 Lake Shore Drive, Moose Lake, MN 55767

Name: Ms. White
Official Position: Officer
Employer's Address: (MCF-Moose Lake) 1000 Lake Shore Drive, Moose Lake, MN 55767

Name: Mr. Stillino
Official Position: Officer
Employer's Address: (MCF-Moose Lake) 1000 Lake Shore Drive, Moose Lake, MN 55767

Name: Rita Parzy
Official Position: RN / Nurse
Employer's Address: (MCF-Moose Lake) 1000 Lake Shore Drive, Moose Lake, MN 55767

of Corrections. He is currently confined in Moose Lake Prison in "Moose Lake" Minnesota.

C. 1. Defendant, Crystal Hansen is the Captain of Moose Lake. She is legally responsible for the operation(s) of Moose Lake and for the welfare of all the inmates in that Prison.

2. Defendants Johnson, Stoinski and Bjorklund are "Sergeants" of the Minnesota Department of Corrections who, at all times mentioned in this complaint, all held rank and was assigned to Moose Lake.

3. Defendants White and Stilling are "Officers" of the Minnesota Department of Corrections who, at all times mentioned in this Complaint was assigned to Moose Lake.

4. Defendant Rita Parzy is a Nurse and assigned to Moose Lake.

Each defendant is sued individually and in his or her Official Capacity. At all times mentioned in this complaint, each defendant acted under the color of State law.

D. Statement of Claim.

On 2-2-26 here at "Moose Lake" I was "release" from Unit-4 (in which the Plaintiff only had on a T-Shirt-Short Sleeve, Shower Shoes, Socks, a thin Pair of Pants and a "Cane") and told to go to Unit-10, which I did.

Now out side it was "freezing Cold" with Snow "Stacked up" and blowing everywhere, like a baby blizzard.

In Unit-10 defendant Stoinski told me to go to Property to get my "Property". Because of the "blizzard like conditions" out side, and me not having on any "appropriate" clothing for the freezing wheather/temperature outside, I stopped by the "T-booth" in the hallway and "asked" defendant Stilling if I can use an "elevator" to go down to Property and I told defendant Stilling that last time (on 1-1-26) I was released from Unit-4 I was allow to use the "elevator" to go to Property because it was "freezing Cold" and "Snowing" then also. Defendant Stilling Said he got to make a call. Then he (defendant Stilling) came back and Said defendants "Stoinski and Bjorklund" Said I have to go "outside" and walk around if I

See Page 3 of ___

wanted my Property. So I went back to Unit-10 and explained to defendants Stoinski and White that I didn't have on "Proper" clothing (again I only had on a Short Sleeve T-Shirt, Socks, Shower Shoes and thin Pants and they saw this also) to walk outside to Property. Defendant Stoinski and defendant White just laughed in my face and Said that am I refusing my Property. So Plaintiff (an ADA Prisoner also on the "Property" ADA listing) was force to walk outside (threw Snow, freezing temperatures, etc) all the way around the Prison (a long walk) to Property freezing and Soaking wet, Shaking while this baby blizzard blowing (Seeing Staff and inmates in "full Snow Suits, even telling me how it's wrong to have me with nothing on walking in this blizzard) trying not to fall on the "black ice" (So Plaintiff had to start walking in the "Stacked Snow" so he wouldn't Slip). By the time Plaintiff made it to Property he was freezing Cold and Soak and Wet. When Plaintiff walked into Property defendant Bjorklund go throw me a "bag" with all my Winter clothing in it (Coat, hat, Shoes, etc). Plaintiff asked defendant Bjorklund why he didn't just Send this same bag (with my Winter Clothing in it) up to me so that I would have had "warm clothing" to walk in this cold wheather to Property in. Defendant Bjorklund got mad and Said that he don't care about that. That the "Courtyards" are open (defendant Bjorklund words). But the inmates out on them "Courtyards" has on "Winter Clothing" (Coats, hats, etc) out there to Stay warm in. Plaintiff did not. Only T-Shirt, Shower Shoes, Socks, etc.
Defendant Bjorklund got mad and ordered me to get my Property and go back to Unit-10.
Later defendant Stilling and defendant White called me up to Unit-10 booth and gave me a "LOP form" lieing saying that I told defendant Stilling that I can use the "Freighter elevator", when the Plaintiff never Said that. I explain this and defendant Stilling told Plaintiff to leave it and he'll check. So I left the LOP form on the door as Ordered. Plaintiff never received it back.

See Page 4 of ___

So later after Shift Change Plaintiff asked defendant Johnson about this alleged "LOP" so he can appeal it. Defendant Johnson go say that they told her that I threw my LOP form in the trash. When I asked defendant Johnson who said that she go "Smile" and walk off.
On 2-3-26 Plaintiff started to feel "Sick" and had the chills. All this day. So Plaintiff signed up for "Sick Call".
On 2-4-26 Plaintiff spoke with Ms. Theresa Katzmark from "Ombuds for Corrections about this. She told him to write defendant Hansen.
Plaintiff sent defendant Hansen a 3-Page Kite (dated 2-4-26) about this.
On 2-5-26 I was seen at "Sick Call" by defendant Parzy and I explained "all of this" to her and said it's because they had me out in snow and freezing wheather on 2-2-26. She gave me some "Cold Set ups".
But then defendant Parzy lied in her "Nursing Progress Notes" to try and cover up this.
Defendant Hansen sent a response back saying Provide all Kites in Chain of Command".
I submitted Kites in both "Security and Health Services" Chain of Command per Policy. And per Policy once the "Chain of Commands" was completed Plaintiff filed his "grievances". But to "Cover up" what was going on at "Moose Lake" they "lied" and "deprived" Plaintiff of his "full" Administrative Remedies (Moose Lake and their Grievance Office and Central Office).

E. Legal Claims

The deprivation of Plaintiffs "basic human needs", Cruel Conditions, Violated Plaintiff Rickie Green's rights and constituted Cruel and unusual Punishment and due Process Violation under the Eighth, and Fourteenth Amendment to the United States Constitution.
The Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been irreparably injured by the conduct of the defendants, the Court grants the relief that Plaintiff seeks.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached: □**
**Please label the attached sheets of paper to as Additional Facts and continue to letter the paragraphs consecutively.**

V. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Do not make any legal arguments or cite any cases or statutes. 1. A declaration that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States.
2. Compensatory damages in the amount of $1,000,000 against each defendant, jointly and severally.
3. Punitive damages in the amount of $1,000,000 against each defendant and the $1,000,000.
4. A jury trial on all issues triable by jury.
5. Plaintiff's costs in this suit.
6. Any additional relief this court deems just, proper and equitable.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge, and belief.

Signed this 26 day of August, 20 26

Signature(s) of Plaintiff(s) [signature]

______________________________

______________________________

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.